IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT SOTO MARQUEZ, | ) | No. C 09-0074 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| LT. SHERIFF CRAIG WILSON and OFFICER S. CAREY, | ) | |
| Defendants. | ) | |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __4/24/11_____  

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.09\Soto074jud.wpd